

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>201-549-2363<br>Attorneys for Secured Creditor: Weichert Financial Services | **Order Filed on March 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Linda Nop-Ry,<br><br>Debtors | Case No.:  23-10210 JKS<br>Adv. No.:<br>Hearing Date:  3/9/2023 @ 8:30 a.m.<br>Judge:  John K. Sherwood |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page is hereby  **ORDERED**

**DATED: March 16, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:     Linda Nop-Ry
Case No.:   23-10210 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Weichert Financial Services, holder of a mortgage on real property located at 55 Oak Ridge Avenue, Nutley Township, NJ, 07110, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and Jamal J. Romero, Esquire, appearing for the Debtor, and the parties having resolved their dispute pursuant to the following terms:

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to pay the arrearage claim in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.