

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>201-549-2363<br>Attorneys for Secured Creditor: Weichert Financial Services | **Order Filed on March 16, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Linda Nop-Ry,<br><br>Debtors | Case No.: 23-10210 JKS<br>Adv. No.:<br>Hearing Date: 3/9/2023 @ 8:30 a.m.<br><br>Judge: John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 16, 2023** _____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:              Linda Nop-Ry
Case No.:            23-10210 JKS
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO**
                     **DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Weichert Financial Services, holder of a mortgage on real property located at 55 Oak Ridge Avenue, Nutley Township, NJ, 07110, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and Jamal J. Romero, Esquire, appearing for the Debtor, and the parties having resolved their dispute pursuant to the following terms:

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to pay the arrearage claim in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 23-10210-JKS

Linda Nop-ry                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 1

Date Rcvd: Mar 17, 2023                  Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Linda Nop-ry, 55 Oak Ridge Avenue, Nutley, NJ 07110-2835 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Linda Nop-ry jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4