Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10210−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda Nop−ry
    55 Oak Ridge Avenue
    Nutley, NJ 07110

Social Security No.:
    xxx−xx−4303

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        5/11/23
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$5,249.50

EXPENSES
$454.30

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 13, 2023
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Linda Nop-ry  
    Debtor

Case No. 23-10210-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 13, 2023      Form ID: 137      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Nop-ry, 55 Oak Ridge Avenue, Nutley, NJ 07110-2835 |
| 519808513 | | Eldorado Resorts Corporation, Las Vegas, NJ 89183 |
| 519868023 | + | Mortgage Access Corp. d/b/a Weichert Financial Ser, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519808520 | + | Office of the New York State Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 519808522 | + | United States Attorney General, Attorney General - United States Departm, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:34 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519827613 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2023 21:06:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519808510 | + | Email/Text: wwilde@aspennational.com | Apr 13 2023 20:56:00 | Aspen National Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 519808511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:01 | Bloomingdales/Citibank, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519808512 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 20:54:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519823039 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2023 20:55:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519808523 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 13 2023 20:56:00 | Weichert Financial Services, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519808514 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2023 20:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519808515 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2023 20:54:54 | JPMCB Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519808516 | ^ | MEBN | Apr 13 2023 20:52:17 | KML Law Group, P.C., 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519808519 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 13 2023 20:57:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |

Case 23-10210-JKS    Doc 20    Filed 04/15/23    Entered 04/16/23 00:16:22    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 24 |

| 519808517 | + | Email/Text: electronicbkydocs@nelnet.net | | | |
|---|---|---|---|---|---|
| | | | Apr 13 2023 20:56:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 519808518 | ^ | MEBN | | | |
| | | | Apr 13 2023 20:51:22 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519818980 | | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | | Apr 13 2023 20:56:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519808521 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | | |
| | | | Apr 13 2023 20:56:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519810069 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Apr 13 2023 20:54:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519818963 | + | Email/Text: electronicbkydocs@nelnet.net | | | |
| | | | Apr 13 2023 20:56:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Linda Nop-ry jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4