SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   LINDA NOP-RY                          Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      55 OAK RIDGE AVENUE                           1599 HAMBURG TURNPIKE
      NUTLEY, NJ  07110                             WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
**Chapter 13 Case # 23-10210**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $91,500.00**

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/23/2023 | $1,525.00 | 8952440000 | 02/17/2023 | $1,525.00 | 9003094000 |
| 03/20/2023 | $1,625.00 | 9064119000 | 05/01/2023 | $1,625.00 | 9139647000 |
| 05/31/2023 | $1,625.00 | 9194456000 | 06/26/2023 | $1,625.00 | 9237772000 |
| 07/26/2023 | $1,625.00 | 9293205000 | 09/01/2023 | $1,625.00 | 9356843000 |
| 09/18/2023 | $1,625.00 | 9382864000 | 10/31/2023 | $1,625.00 | 9456908000 |
| 12/01/2023 | $1,625.00 | 9508626000 | 12/26/2023 | $1,625.00 | 9549455000 |

**Total Receipts: $19,300.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $19,300.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MORTGAGE ACCESS CORP | | | | | | | |
| | 05/15/2023 | $4,389.06 | 910,081 | | 06/12/2023 | $1,519.38 | 911,540 |
| | 07/17/2023 | $1,519.38 | 913,052 | | 08/14/2023 | $1,519.38 | 914,570 |
| | 09/05/2023 | ($4,389.06) | 910,081 | | 09/18/2023 | $5,908.44 | 916,065 |
| | 10/16/2023 | $1,519.38 | 917,563 | | 11/13/2023 | $1,519.38 | 918,985 |
| | 12/11/2023 | $1,495.00 | 920,403 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,280.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 28.80 | 100.00% | 28.80 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASPEN NATIONAL COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BLOOMINGDALES/CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 7,712.56 | * | 0.00 | |
| 0004 | ELDORADO RESORTS CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 23-10210**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|--------------------|-----:|------------------|
| 0006 | JPMCB CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | STATE OF NJ | PRIORITY | 76.05 | 100.00% | 0.00 | |
| 0015 | MORTGAGE ACCESS CORP | MORTGAGE ARRI | 66,997.22 | 100.00% | 16,495.34 | |
| 0017 | US DEPARTMENT OF EDUCATION | UNSECURED | 116,356.74 | * | 0.00 | |
| 0018 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | QUANTUM3 GROUP LLC | UNSECURED | 625.66 | * | 0.00 | |
| 0022 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,666.15 | * | 0.00 | |
| 0023 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $17,805.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $19,300.00          -     Paid to Claims: $16,495.34     -     Admin Costs Paid: $1,309.66     =     Funds on Hand: $1,495.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.