| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Case No.:  23-10210** |
| IN RE:<br><br>LINDA NOP-RY | **Adv. No.:**<br><br>**Hearing Date:  06/27/2024**<br><br>**Judge:  JKS** |

### CERTIFICATION OF SERVICE

1.  I, Jeannine Van Sant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2.  On, 05/06/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
LINDA NOP-RY
55 OAK RIDGE AVENUE
NUTLEY, NJ  07110
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  ECF and/or Regular Mail

---

Dated:  May 06, 2024

By:  /S/  Jeannine Van Sant
　　　Jeannine Van Sant