SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  LINDA NOP-RY  
55 OAK RIDGE AVENUE  
NUTLEY, NJ  07110

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 23-10210

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $91,500.00**

### RECEIPTS AS OF 01/01/2025 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/23/2023 | $1,525.00 | 8952440000 | 02/17/2023 | $1,525.00 | 9003094000 |
| 03/20/2023 | $1,625.00 | 9064119000 | 05/01/2023 | $1,625.00 | 9139647000 |
| 05/31/2023 | $1,625.00 | 9194456000 | 06/26/2023 | $1,625.00 | 9237772000 |
| 07/26/2023 | $1,625.00 | 9293205000 | 09/01/2023 | $1,625.00 | 9356843000 |
| 09/18/2023 | $1,625.00 | 9382864000 | 10/31/2023 | $1,625.00 | 9456908000 |
| 12/01/2023 | $1,625.00 | 9508626000 | 12/26/2023 | $1,625.00 | 9549455000 |
| 02/05/2024 | $1,625.00 | 9614994000 | 03/04/2024 | $1,625.00 | 9662522000 |
| 04/01/2024 | $1,625.00 | 9708389000 | 04/29/2024 | $1,625.00 | 9753123000 |
| 05/30/2024 | $1,625.00 | 9806907000 | 06/24/2024 | $1,625.00 | 9847545000 |
| 07/22/2024 | $1,625.00 | 9890777000 | 08/19/2024 | $1,625.00 | 9934554000 |
| 10/02/2024 | $1,625.00 | 1000797700 | 10/31/2024 | $1,625.00 | 1004926500 |
| 11/27/2024 | $1,625.00 | 1009114400 | 12/23/2024 | $1,625.00 | 1012879900 |

**Total Receipts: $38,800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $38,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MORTGAGE ACCESS CORP | | | | | | |
| | 05/15/2023 | $4,389.06 | 910,081 | 06/12/2023 | $1,519.38 | 911,540 |
| | 07/17/2023 | $1,519.38 | 913,052 | 08/14/2023 | $1,519.38 | 914,570 |
| | 09/05/2023 | ($4,389.06) | 910,081 | 09/18/2023 | $5,908.44 | 916,065 |
| | 10/16/2023 | $1,519.38 | 917,563 | 11/13/2023 | $1,519.38 | 918,985 |
| | 12/11/2023 | $1,495.00 | 920,403 | 01/08/2024 | $1,495.00 | 921,787 |
| | 02/12/2024 | $1,495.00 | 923,126 | 03/11/2024 | $1,495.00 | 924,589 |
| | 04/15/2024 | $1,495.00 | 926,006 | 05/10/2024 | $1,495.00 | 927,497 |
| | 06/17/2024 | $1,495.00 | 928,882 | 07/15/2024 | $1,495.00 | 930,365 |
| | 08/19/2024 | $1,495.00 | 931,760 | 09/16/2024 | $1,543.75 | 933,237 |
| | 10/21/2024 | $1,543.75 | 934,608 | 11/18/2024 | $1,527.50 | 936,086 |
| | 12/16/2024 | $1,527.50 | 937,464 | | | |

Chapter 13 Case # 23-10210

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,613.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 28.80 | 100.00% | 28.80 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASPEN NATIONAL COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BLOOMINGDALES/CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 7,712.56 | * | 0.00 | |
| 0004 | ELDORADO RESORTS CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 3,747.71 | 100.00% | 0.00 | |
| 0006 | JPMCB CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 714.00 | 100.00% | 0.00 | |
| 0009 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | STATE OF NJ | PRIORITY | 76.05 | 100.00% | 0.00 | |
| 0015 | MORTGAGE ACCESS CORP | MORTGAGE ARRE | 66,997.22 | 100.00% | 34,630.34 | |
| 0017 | US DEPARTMENT OF EDUCATION | UNSECURED | 116,356.74 | * | 0.00 | |
| 0018 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | QUANTUM3 GROUP LLC | UNSECURED | 625.66 | * | 0.00 | |
| 0022 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,666.15 | * | 0.00 | |
| 0023 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $37,272.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $38,800.00     -     Paid to Claims: $34,630.34     -     Admin Costs Paid: $2,642.16     =     Funds on Hand: $1,527.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.