| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Case No.: 23-10210 |
| IN RE:<br><br>LINDA NOP-RY | Adv. No.:<br><br>Hearing Date: 05/22/2025<br><br>Judge: JKS |

### CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an admistrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/23/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LINDA NOP-RY
55 OAK RIDGE AVENUE
NUTLEY, NJ  07110
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470
Mode of Service:  ECF and/or Regular Mail

Dated:  April 23, 2025                                  By:  /S/  Jeannine VanSant
                                                                         Jeannine VanSant