SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: LINDA NOP-RY
55 OAK RIDGE AVENUE
NUTLEY, NJ 07110

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 23-10210**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $92,318.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/23/2023 | $1,525.00 | 8952440000 | 02/17/2023 | $1,525.00 | 9003094000 |
| 03/20/2023 | $1,625.00 | 9064119000 | 05/01/2023 | $1,625.00 | 9139647000 |
| 05/31/2023 | $1,625.00 | 9194456000 | 06/26/2023 | $1,625.00 | 9237772000 |
| 07/26/2023 | $1,625.00 | 9293205000 | 09/01/2023 | $1,625.00 | 9356843000 |
| 09/18/2023 | $1,625.00 | 9382864000 | 10/31/2023 | $1,625.00 | 9456908000 |
| 12/01/2023 | $1,625.00 | 9508626000 | 12/26/2023 | $1,625.00 | 9549455000 |
| 02/05/2024 | $1,625.00 | 9614994000 | 03/04/2024 | $1,625.00 | 9662522000 |
| 04/01/2024 | $1,625.00 | 9708389000 | 04/29/2024 | $1,625.00 | 9753123000 |
| 05/30/2024 | $1,625.00 | 9806907000 | 06/24/2024 | $1,625.00 | 9847545000 |
| 07/22/2024 | $1,625.00 | 9890777000 | 08/19/2024 | $1,625.00 | 9934554000 |
| 10/02/2024 | $1,625.00 | 1000797700 | 10/31/2024 | $1,625.00 | 1004926500 |
| 11/27/2024 | $1,625.00 | 1009114400 | 12/23/2024 | $1,625.00 | 1012879900 |
| 02/03/2025 | $1,625.00 | 1018484700 | 03/03/2025 | $1,525.00 | I1M4G95QRP-Plan |
| 03/05/2025 | $100.00 | I1VMGD794R-Plan | 03/31/2025 | $1,625.00 | I1VWGGZ1QF-Plan |
| 04/29/2025 | $818.00 | I13QGZ150Q-Othe | 04/29/2025 | $1,625.00 | I13WGZCX2Q-Plan |
| 05/30/2025 | $1,625.00 | I1XWL23QWL-Plan | 06/24/2025 | $1,625.00 | I19SLFTRLD-Plan |
| 08/05/2025 | $1,625.00 | I1DZFXNS6D-Plan | 08/28/2025 | $1,625.00 | I1P0FYMMPY-Plan |
| 09/29/2025 | $1,625.00 | I1N7FKVLGQ-Plan | 10/27/2025 | $1,625.00 | I12SS3Y23H-Plan |
| 12/08/2025 | $1,625.00 | I11JSS4G6X-Plan | 12/22/2025 | $1,625.00 | I18RSKMKY0-Plan |

**Total Receipts: $59,118.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $59,118.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MORTGAGE ACCESS CORP | | | | | | |
| | 05/15/2023 | $4,389.06 | 910,081 | 06/12/2023 | $1,519.38 | 911,540 |
| | 07/17/2023 | $1,519.38 | 913,052 | 08/14/2023 | $1,519.38 | 914,570 |
| | 09/05/2023 | ($4,389.06) | 910,081 | 09/18/2023 | $5,908.44 | 916,065 |
| | 10/16/2023 | $1,519.38 | 917,563 | 11/13/2023 | $1,519.38 | 918,985 |

**Chapter 13 Case # 23-10210**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/11/2023 | $1,495.00 | 920,403 | 01/08/2024 | $1,495.00 | 921,787 |
| | 02/12/2024 | $1,495.00 | 923,126 | 03/11/2024 | $1,495.00 | 924,589 |
| | 04/15/2024 | $1,495.00 | 926,006 | 05/10/2024 | $1,495.00 | 927,497 |
| | 06/17/2024 | $1,495.00 | 928,882 | 07/15/2024 | $1,495.00 | 930,365 |
| | 08/19/2024 | $1,495.00 | 931,760 | 09/16/2024 | $1,543.75 | 933,237 |
| | 10/21/2024 | $1,543.75 | 934,608 | 11/18/2024 | $1,527.50 | 936,086 |
| | 12/16/2024 | $1,527.50 | 937,464 | 01/13/2025 | $1,527.50 | 938,885 |
| | 02/10/2025 | $1,527.50 | 940,266 | 03/17/2025 | $1,527.50 | 941,620 |
| | 04/14/2025 | $1,527.50 | 943,086 | 05/12/2025 | $1,527.50 | 944,505 |
| | 06/16/2025 | $2,296.42 | 945,905 | 07/14/2025 | $1,543.75 | 947,353 |
| | 09/16/2025 | $1,543.75 | 950,052 | 10/20/2025 | $1,543.75 | 951,476 |
| | 11/17/2025 | $1,543.75 | 952,944 | 12/15/2025 | $1,543.75 | 954,345 |
| | 01/12/2026 | $1,527.50 | 955,777 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,751.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 28.80 | 100.00% | 28.80 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASPEN NATIONAL COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BLOOMINGDALES/CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 7,712.56 | * | 0.00 | |
| 0004 | ELDORADO RESORTS CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 3,747.71 | 100.00% | 0.00 | |
| 0006 | JPMCB CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NYS DEPT. TAXATION & FINANCE | PRIORITY | 714.00 | 100.00% | 0.00 | |
| 0009 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | STATE OF NJ | PRIORITY | 76.05 | 100.00% | 0.00 | |
| 0015 | MORTGAGE ACCESS CORP | MORTGAGE ARRI | 66,997.22 | 100.00% | 52,283.01 | |
| 0017 | US DEPARTMENT OF EDUCATION | UNSECURED | 116,356.74 | * | 0.00 | |
| 0018 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | QUANTUM3 GROUP LLC | UNSECURED | 625.66 | * | 0.00 | |
| 0022 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,666.15 | * | 0.00 | |
| 0023 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $56,063.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $59,118.00 - Paid to Claims: $52,283.01 - Admin Costs Paid: $3,779.99 = Funds on Hand: $3,055.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.